JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 2:11-cv-03433-PSG-SS |
| Plaintiff, | |
| v. | [Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| COUNTRYSIDE CENTER - CORONA, LP, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Countryside Center - Corona, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: September 7, 2011

PHILIP S. GUTIERREZ
United States District Judge